UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SEANA CROMITIE,

         Plaintiff,

   -against-

RTMH, INC.,

         Defendant.

------------------------------------------------------------------X

22-CV-6757 (PGG) (VF)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/3/2023

**VALERIE FIGUEREDO, United States Magistrate Judge:**

  The parties are directed to file a joint letter by no later than **Tuesday, October 17, 2023,** providing the Court an update on the status of the case. The letter should detail the progress of settlement. **SO ORDERED.**

DATED:  New York, New York
      October 3, 2023

                _____
                VALERIE FIGUEREDO
                United States Magistrate Judge